IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA
NORTHERN DIVISION

| | |
|---|---|
| GLEN A. STACKHOUSE, | ) |
| | ) |
|    Plaintiff, | ) |
| | ) |
| v. | )   CASE NO. 2:21-CV-430-WKW |
| | )              [WO] |
| LT. SEWELL, *et al.*, | ) |
| | ) |
|    Defendants. | ) |

## ORDER

On January 25, 2022, the Magistrate Judge filed a Recommendation (Doc. # 15) to which no timely objections have been filed.  Upon an independent review of the record and upon consideration of the Recommendation, it is ORDERED as follows:

    1.    The Magistrate Judge's Recommendation (Doc. # 15) is ADOPTED.

    2.    This case is DISMISSED without prejudice.

A final judgment will be entered separately.

DONE this 16th day of February, 2022.

                                         /s/   W. Keith Watkins
                              UNITED STATES DISTRICT JUDGE